# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 17, 2024

Mr. Philip Devlin
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 24-50951   USA v. Connelly
                          USDC No. 3:22-CR-229-2

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc w/encl:
    Mr. Joseph H. Gay Jr.
    Mr. Zachary Carl Richter
    Ms. Mary Stillinger



A True Copy
Certified order issued Dec 17, 2024

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## for the Fifth Circuit

———————

No. 24-50951

———————

United States Court of Appeals
Fifth Circuit
**FILED**
December 17, 2024
Lyle W. Cayce
Clerk

United States of America,

    *Plaintiff—Appellant*,

versus

Paola Connelly,

    *Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-229-2

———————————————————————

UNPUBLISHED ORDER

Before Ho, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the joint motion to dismiss the appeal is GRANTED.